UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK C. STIMUS,

    Petitioner,

v.                                                   CASE NO. 6:09-cv-611-Orl-35KRS

STATE OF FLORIDA, et al,

    Respondents.

## ORDER

Petitioner's Emergency Motion for Release (Doc. No. 5, filed April 15, 2009) is **DENIED**. Petitioner filed a petition for habeas corpus relief on April 6, 2009. On April 9, 2009, he was directed to refile his petition on an approved habeas form. *See* Doc. No. 3. Petitioner filed an amended habeas petition and an emergency motion for release. In the amended habeas petition, Petitioner asserts that he is currently in custody pursuant to a state court conviction and judgment and he seeks to challenge the conviction. Petitioner has not demonstrated any basis warranting his release from the State's custody pending the resolution of his federal habeas proceeding.

The Court notes that Petitioner has labeled the motion as an "Emergency." Petitioner is advised that the use of the term "emergency" in the title of a pleading should be used only in extraordinary circumstances, when there is a true and legitimate emergency. The present motion did not assert matters that constituted an emergency.

The failure to comply with this paragraph will result in the imposition of sanctions.

**DONE AND ORDERED** in Orlando, Florida, this 17th day of April 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sc 4/17
Counsel of Record
Mark C. Stimus